Anne M. Vohl, Esq.
Nevada Bar No. 004138
One East Liberty Street, 6th Floor
Reno, Nevada 89504
(775) 686-6068 phone
(775) 686-6203 fax

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN HANNA, | Case  3:06-cv-00680 |
| Plaintiff | |
| v. | STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| REGIONAL TRANSPORTATION COMMISSION, | |
| Defendant | First Request |
| _____/ | |

COME NOW the parties to this action, by and through their Counsel, and stipulate

that the Plaintiff shall have an extension of time consisting of an additional thirteen days,

until December 21, 2007, to file her Opposition to Motion for Summary Judgment, which

is now due December 8, 2007.  This is a first request.

This extension of time is needed because Counsel for the Plaintiff has oral argument

in the Ninth Circuit on December 7, 2007 in the case of *Sarmento v. Henry Schein, Inc.*,

and because of extensive preparation time for oral argument has had insufficient time to

complete the Opposition.

      DATED this 5th day of December,  2007.

                        KAREN HANNA, Plaintiff

                        By her Attorney,

                        /s/  Anne M. Vohl, Esq.

                        Regional Transportation Commission, Defendant

                        By its Attorney,

                        /s/ Susan Heaney Hilden, Esq.
                        Littler Mendelson P.C.
                        50 W. Liberty St., Ste. 400
                        Reno, NV 89501

It is so Ordered.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 7, 2007