UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAREN HANNA,

        Plaintiff,

vs.

REGIONAL TRANSPORTATION COMMISSION,

        Defendant.

Case No.:   CV-N-06-00680-LRH(RAM)

**ORDER TO EXTEND DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED between Plaintiff and Defendant, by and through their respective counsel, that Defendant shall have a one-week extension, up to and including *January 11, 2008,* within which to file a reply in support of its motion for summary judgment filed on November 20, 2007. The reply is presently due on January 4, 2008. This extension is necessary and requested to accommodate the calendar of counsel and is not sought for purposes of delay.

Dated:  January 2, 2008.    LITTLER MENDELSON

By: _____/s/_____
SUSAN HEANEY HILDEN, ESQ.

Attorneys for Defendant
REGIONAL TRANSPORTATION COMMISSION

LITTLER MENDELSON
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

Dated: January 2, 2008.

By: /s/
ANNE M. VOHL, ESQ.

Attorney for Plaintiff
KAREN HANNA

## ORDER

IT IS SO ORDERED this 3rd day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888